ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CENTINEO,<br><br>Plaintiff,<br><br>vs.<br><br>BARRETT MORRIS, an individual; MARTA MEANA, an individual; and THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEYM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>Defendants. | CASE NO.: 2:19-cv-00947-APG-NJK<br><br>**STIPULATION TO STAY DISCOVERY AND ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff John Centineo and Defendants, the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas, Barrett Morris, and Marta Meana (collectively "the Parties"), that all discovery be stayed in the instant matter until the Court adjudicates Plaintiff's Motion to Remand (ECF No. 7) and Defendants' Motion to Dismiss (ECF No. 5).

///

///

1

IT IS FURTHER STIPULATED AND AGREED by the Parties to continue the Rule 26(f) conference until after the Court issues its decisions on Plaintiff's Motion to Remand (ECF No. 7) and Defendants' Motion to Dismiss (ECF No. 5).

DATED: July 1, 2019

/s/ Janet Merrill
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

DATED: July 1, 2019

John Centineo
12003 Bourgeois Forest Drive
Houston, Texas 77066
Telephone: (713) 416-3156
Centineo.j@sbcglobal.net
*Plaintiff in proper person*

This stipulation is hereby GRANTED and discovery is STAYED. In the event that resolution of the motion to dismiss does not result in the termination of this action, a joint proposed discovery plan shall be filed within 21 days of the issuance of the order resolving that motion.

DATED this 2nd day of July, 2019.

_____
United States Magistrate Judge